UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROGER LAW, et al. | ) | CASE NO. 5:13CV1154 |
| | ) | |
| Plaintiffs, | ) | JUDGE DAVID D. DOWD, JR. |
| | ) | |
| v. | ) | Magistrate Judge George J. Limbert |
| | ) | |
| LOWE'S HOME CENTERS INC., | ) | Report and Recommendation |
| | ) | |
| Defendant. | ) | |

On August 16, 2013, pursuant to an agreement of counsel, this matter was referred to the undersigned to conduct a mediation. ECF Dkt. #18. The mediation was held on September 4, 2013 and the case was settled. On November 15, 2013, the parties submitted a joint notice of dismissal pursuant to Fed . R. Civ. P. 41(a)(1). ECF Dkt. #19. Having reviewed the joint notice of dismissal, it is the undersigned's recommendation that the Court approve the stipulation and dismiss this case with prejudice, with each party to bear their own fees and costs.

November 18, 2013

　　　　　　　　　　　　　　　　　　　　 */s/ George J. Limbert*
　　　　　　　　　　　　　　　　　　　　GEORGE J. LIMBERT
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of service of this notice. Fed. R. Civ. P. 72; L.R. 72.3. Failure to file objections within the specified time WAIVES the right to appeal the Magistrate Judge's recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).